UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | No. C 07-1448 MHP (pr) |
| Petitioner, | **ORDER LIFTING STAY, REOPENING ACTION, AND SETTING BRIEFING SCHEDULE** |
| v. | |
| MATTHEW MARTEL, warden, | |
| Respondent. | |

Petitioner filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 2002 San Francisco County Superior Court conviction. At petitioner's request, this action was stayed so that he could exhaust state court remedies as to several unexhausted claims. Petitioner now reports that he has completed his efforts to exhaust state court remedies, and moves to reopen the action and to file a first amended habeas petition.

Upon due consideration, the court GRANTS the motion to reopen the action. (Docket # 67.) The stay is lifted. The clerk will REOPEN this action that had been closed administratively.

The first amended petition (docket # 69) lists twenty-four claims, all of which assert violations of Givens' federal constitutional rights. Givens re-arranges his claims and alleges them differently in his first amended petition than in his original petition. Re-drafting a petition sometimes introduces new procedural problems that did not exist in the earlier version of the petition. It appears that the best course is to permit the first amended petition so that it is the operative pleading, and to permit respondent to raise any procedural challenge to the first amended petition by way of a renewed motion to dismiss it. (Of course, if

respondent has no procedural challenge, he may answer the first amended petition rather than move to dismiss it.) Accordingly, the motion to amend the petition is GRANTED. (Docket # 68.) The operative pleading is now the First Amended Petition For Writ of Habeas Corpus (docket # 69).

In order to expedite resolution of this action, the court now sets the following briefing schedule:

1. Respondent must file and serve upon petitioner, on or before **April 16, 2010**, a motion to dismiss or an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the state court record that have been previously transcribed and that are relevant to a determination of the issues presented by the first amended petition.

2. If petitioner wishes to respond to the answer, he must do so by filing a traverse with the court and serving it on respondent on or before **May 21, 2010**. If respondent files a motion to dismiss, petitioner must file his opposition by this same deadline.

3. If respondent files a motion to dismiss, he must file and serve his reply brief no later than **June 4, 2010**.

IT IS SO ORDERED.

DATED: February 10, 2010

Marilyn Hall Patel
United States District Judge